UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-10299-WLH-SK | | Date | November 4, 2025 |
|---|---|---|---|---|
| Title | *German Espinoza Maximo v. Fereti Semaia et al* | | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [5]**

The Court is in receipt of Petitioner's *Ex Parte* Application for Temporary Restraining Order (the "Application"). (Application, Dkt. No. 5). The Court understands that the Application is opposed. Respondents are **ORDERED** to file their opposition to the Application no later than 5:00 p.m. on November 6, 2025. Respondents shall ensure that Petitioner remains within the Central District of California, pending the resolution of this Application.

**IT IS SO ORDERED.**