UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-10299-WLH-SK | Date | November 12, 2025 |
| Title | *German Espinoza Maximo v. Fereti Semaia et al* | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| | |
|---|---|
| Holidae Crawford | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:    (IN CHAMBERS) ORDER RE PRELIMINARY INJUNCTION HEARING**

The Court is in receipt of Respondents' Response to the Court's Order to Show Cause as to why a preliminary injunction should not issue in this case.  (Response, Dkt. No. 9).  The Court hereby **CONTINUES** the hearing on whether a preliminary injunction should issue to Monday, November 24, 2025, at 10:00 a.m.  The parties' deadline to meet and confer and file a joint status report regarding Respondents' compliance with the Court's Temporary Restraining Order (Dkt. No. 8) is additionally **CONTINUED** to November 18, 2025.

**IT IS SO ORDERED.**