UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN ESPINOZA MAXIMO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>FERETI SEMAIA, Warden of the Geo Group Adelanto ICE Processing Center, et al.,<br><br>　　　　　Respondents. | Case No. 2:25-cv-10299-WLH-SK<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE [12]** |

　　　The Court, having considered the parties' Joint Stipulation to Dismiss Action without Prejudice and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

　　　1. The action is hereby dismissed without prejudice; and

　　　2. Each party is to bear its own fees and costs.

　　　**IT IS SO ORDERED.**

Dated: 11/20/2025

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE